# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV17-2897-CAS(GJSx) | Date | July 5, 2017 |
|---|---|---|---|
| Title | *ERIC TREJO v. MARCUS DREW; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **July 20, 2017**, why this action should not be dismissed for lack of prosecution **as to defendants MARCUS DREW; DIANA NEVAREZ; CITY OF BELL GARDENS; BELL GARDENS POLICE DPARTMENT.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1) A proof of service of summons and complaint on **defendants MARCUS DREW; DIANA NEVAREZ; CITY OF BELL GARDENS; BELL GARDENS POLICE DPARTMENT**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |